# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Keshia Alexandria Jervis, | Case No. 2:19-cv-00523-JAD-GWF |
| Plaintiff | |
| v. | **Order Dismissing Action** |
| Paul Kerwin, | [ECF No. 2] |
| Defendant | |

Plaintiff Keshia Alexandria Jervis, who describes herself as "a Flesh and Blood Pure White Wombman," commenced this action by filing a "Writ of Mandate for Injunction and Temporary Restraining Order" to prevent the sale of her repossessed 2015 Kia Soul.[1] She filed no complaint or petition, and she did not pay the filing fee or submit an application to proceed *in forma pauperis*. And although she alleges in her filing that the sale she wanted the court to stop was scheduled for March 25, 2019,[2] she didn't file this action until two days later on March 27, 2019.

The rules of this court require a civil action to be commenced by filing a complaint,[3] which Jervis failed to do. They also require a plaintiff to pay a $400 filing fee or submit an application to proceed *in forma pauperis*. Jervis failed to do either. Accordingly, I dismiss this case because it is improperly commenced. And because it appears on the face of Jervis's filing

---

[1] ECF No. 2.

[2] *Id.* at 1, ¶ 2.

[3] *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court").

that her request for injunction and temporary restraining order was two days too late, such that the requested order would have been unable to provide any relief and prevent irreparable harm, her request for injunctive relief **[ECF No. 2] is DENIED.**

The Clerk of Court is directed to DISMISS this action, ENTER JUDGMENT accordingly, and CLOSE THIS CASE.

Dated: June 5, 2019

                                                 U.S. District Judge Jennifer A. Dorsey