AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Keshia Alexandria Jervis

                    Plaintiff,

    v.

Paul Kerwin, et al.

                    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00523-JAD-GWF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered against the Plaintiff.

6/5/19
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ A. Reyes
_____
Deputy Clerk